# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SHARON LORRAINE THURMAN | ) | Case No. 20-21329 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, March 16, 2021 at 10:00 a.m.** I will appear telephonically before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place and present the **Trustee's Motion to Dismiss Per Rule 2002-1**, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in the court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information – Toll Free Number: 1-877-336-1839; Access Code 3900709.**

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully submitted,

By:  /s/ Miriam R. Stein
Miriam R. Stein, not individually but solely as the Chapter 7 trustee

4711 Golf Road, Suite 200
Skokie, IL 60076
(847) 745-6592
mstein@gutnicki.com

# CERTIFICATE OF SERVICE

I, Miriam R. Stein, an attorney, certify that I served the foregoing Notice of Motion and Motion by sending a copy of these documents to the persons identified below through the Court's ECF Filing System or as otherwise indicated below on March 8, 2021.

　　　　　　　　　　　　　　　　　　　/s/ Miriam R. Stein

**Service List**

**Via ECF**

- **Patrick S Layng**　　USTPRegion11.ES.ECF@usdoj.gov

**VIA U.S. Mail**

Sharon Lorraine Thurman
7209 S. Winchester Avenue
Chicago, IL 60636

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SHARON LORRAINE THURMAN | ) | Case No. 20-21329 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

## **TRUSTEE'S MOTION TO DISMISS PER RULE 2002-1**

NOW COMES Miriam R. Stein, not individually but solely as the duly appointed and acting trustee in this case and moves to dismiss the above captioned case on the following grounds:

1.  The Debtor filed this case on December 10, 2020 as a case under Chapter 7 of the Bankruptcy Code.

2.  The Debtor appeared at the initial meeting of creditors scheduled for January 6, 2021 at 1:30 p.m. Unfortunately, the connection with the Debtor was good and the Trustee was not able to conduct the meeting of creditors with this Debtor on that date. The Trustee advised the Debtor to appear at a continued meeting of creditors on February 8, 2021 at 11:00 a.m. The Debtor failed to appear at that hearing on February 8, 2021. The meeting of creditors has been continued to **March 8, 2021 at 11:00 a.m.**

3.  Additionally, the Debtor appears to own her home free and clear of all liens, claims and encumbrances. Upon initial questioning on this subject, the Debtor (representing herself) appeared unaware that her home may be subject to liquidation in a Chapter 7 proceeding. The issue of the home will be discussed in more detail at the continued meeting of creditors.

4.     Failure to attend a Section 341 Meeting of Creditors is a violation of the Debtor's duties under the Code, delays or prevents the effective administration of the case and is prejudicial to creditors.

5.     Failure to attend the Section 341 Creditor Meeting is cause for dismissal pursuant to 11 U.S.C. Section 707(a).

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

A. Dismissing this case; and

B. Granting the Trustee such other relief as this Court deems appropriate (including the extension of time to object to debtor's discharge).

Respectfully submitted,

By: __/s/ Miriam R. Stein__
    Miriam R. Stein, not individually but solely as the Chapter 7 trustee

    4711 Golf Road, Suite 200
    Skokie, IL 60076
    (847) 745-6592
    mstein@gutnicki.com